*(Rev. 5/1/13)*

**RECEIVED**

**APR 1 3 2020**

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____ Kea

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
Shreveport DIVISION

DAle Stewart
_____
Plaintiff

Civil Action No. **20-cv-0461** SEC. P

Prisoner # 48457054

VS.

Judge _____

M.Valentine/warden C.MccNNell/F.B.O.P

Magistrate Judge _____

Defendant

## COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

**I.   Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [✓]   No [ ]

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   UNITed STATES DISTRICT couRT WESTERN DISTRICT oF louisiANA

   U.S. CouRTHouse 300 FANNIN ST, suiTe 1167 ShRevePoRT, LA, 71101

2.   Name the parties to the previous lawsuit(s):

   Plaintiffs: _____ DAle STewART _____

   Defendants: M.VAleNTiNe / wARdeN C.McCoNNell / F.B.O.P

3.   Docket number(s): _____ N/A _____

4.   Date(s) on which each lawsuit was filed: _____ PeNdiNg _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____ PeNdiNg _____

*(Rev. 5/1/13)*

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ]   No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

N/A

N/A

**II.   a.   Name of institution and address of current place of confinement:**

A.U.S.P. Thomson  P.o. Box, 1001  Thomson, IL, 61285

b.   Is there a prison grievance procedure in this institution?

Yes [✓]   No [ ]

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]   No [ ]

2.   If you did not file an administrative grievance, explain why you have not done so.

N/A

N/A

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I wrote multiple complain To STAFF To The warden

C. McConnell, and nothing was down about the situation

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

a.   Plaintiff,        Dale Stewart

Address    A.U.S.P. Thomson  P.o. Box, 1001  Thomson, IL, 61285

Page 2 of 4

(Rev. 5/1/13)

b.  Defendant, _____ M. VALENTINE _____ , is employed as

_____ CORRECTIONAL OFFICER _____ at _____ U.S.P. Pollock _____ .

Defendant, _____ C. MCCONNELL _____ , is employed as

_____ WARDEN _____ at _____ U.S.P. Pollock _____ .

Defendant, _____ BENNET _____ , is employed as

_____ FOODSERVICE ADMINISTOR _____ at _____ U.S.P. Pollock _____ .

Additional defendants, _____ F.B.O.P / MAY-U _____

_____ CORRECTIONAL OFFICER U.S.P. Pollock _____

## IV.  Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

PLAINTIFF CONTENDS THAT THE DEFENDANT HEREIN CONSPIRED TO VIOLATE MY FIRST AMENDMANT RIGHT TO FREEDOM OF RELIGION UNDER THE RELIGOUS ESTABLISHMENT CLAUSE OF THE U.S. CONSTITUTION, WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYEMENT AS OFFICERS OF THE F.B.O.P. AND LAWS REGULATIONS. DEFENDANTS MALICIOUSLY AND HATEFULLY DEPRIVED ME OF MY NOFLESH RELIGOUS DIETARY MEAL SAFE PREPARATION AND CONSUMPTION FOR APPROXIMATELY FOUR MONTHS EVERYTIME THEIR IS A LOCK-DOWN CONTINUALLY AT U.S.P. POLLOCK, WITH A RECKLESS AND WANTON DISREGARD FOR MY RELIGOUS RIGHTS AS A RASTAFARIAN, THEREBY DENYING ME A HEALTHY AND NUTRICIOUS MEAL WHILE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT. SEE COMPLAINT ATTACHED.

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I AM Requesting The couRT To oRdeR each deFeNdANTs To PAy PlAINTIFF Five ThousANd dollAR $5000-00. FOR meNTAl ANguish ANd Reckless wANTON Also To ResTRAIN deFeNdANTs FRoM PuTiNg ANimAl FliSh iN my Religous dieTARy meAl AS A RASTAFARIAN.

## VI. Plaintiff's Declaration

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___3___ day of ___APRil___ , 20 _20_ .

_____        _D. Stewart_____
**Prisoner no. (Louisiana Department of**          **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**