UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DALE STEWART,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00461 |
| VERSUS | DISTRICT JUDGE DRELL |
| M. VALENTINE, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (ECF No. 28) is GRANTED and Stewart's action is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 10th day of August 2021.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT